IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv225-F |
| | ) | (WO) |
| SEVENTY EIGHT THOUSAND ONE | ) | |
| HUNDRED EIGHTY ($78,180) | ) | |
| DOLLARS IN UNITED STATES | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Pursuant to the referral of this case for action or recommendation on all pretrial matters, and upon notice of reservations by the Clerk regarding the legal sufficiency of the service of process effected in this action, this court has examined the *Application to the Clerk for Entry of Default*, supporting *Declaration,* and proposed *Entry of Default* (Docs. 1, 2, 3) filed by the United States on June 30, 2005. For good cause, it is

**ORDERED** that the Application is set for an evidentiary hearing before this court, in District Courtroom 4A, at 10:30 a.m. on September 8 2005. The United States shall be prepared to document all of its efforts to perfect service of process– as prescribed by Rule 4, Fed..R.Civ.P. – on Bao Nguyen, Tien T. Nguyen, and all other persons who are potential claimants to the currency which is the subject of this action for forfeiture *in rem.*

The evidentiary submission by the United States shall include at least the following:

(1)   the basis for its identification of *Tien T. Nguyen* as a potential claimant;   all steps taken to determine and verify Tien Nguyen's address; and all steps taken to contact Tien Nguyen since the United States filed its motion for default, including any steps to effect service by publication in a newspaper serving Upper Darby, Pennsylvania, or any other location where Tien Nguyen is likely to be found;

(2) the substance of relevant communications by the United States Marshals Service with *Bao Nguyen*;  all subsequent steps taken to determine any address for Bao Nguyen and to serve him; and all subsequent steps to engage in service by publication in a newspaper in any location where Bao Nguyen is likely to be found.

Done this 11th day of August, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE