IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv225-F |
| | ) | (WO) |
| SEVENTY EIGHT THOUSAND ONE | ) | |
| HUNDRED EIGHTY ($78,180) | ) | |
| DOLLARS IN UNITED STATES | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This cause is before the court on an Application to the Clerk for Entry of Default (Doc. # 12) filed by the United States on June 30, 2005.

The United States originally filed a Complaint on March 9, 2005 (Doc. # 1) seeking condemnation and forfeiture of $78,180 ("the Defendant Currency") seized during a traffic stop of a car driven by Bao Nguyen on November 3, 2004 because the Defendant Currency  allegedly represented proceeds of illegal drug trafficking or was used or intended to be used to violate Title II of the Controlled Substances Act, Title 21, United States Code Sections 801 *et. seq.*  Potential claimants of the currency were served personally when possible, as well as by publication in the *Montgomery Advertiser* newspaper.

While several of the potential claimants were served and failed to respond by the deadlines set by this court, two of the potential claimants, Bao Nguyen and Tien T. Nguyen, were not served personally. Therefore, this court orders the United States to provide additional information about the attempts made to serve these potential claimants before the court will determine whether default judgments should be entered against these potential claimants.

The United States Marshals Service attempted service on Bao Nguyen on March 25, 2005 by speaking with an individual reached at (504) 231-0121 who identified himself as Bao Nguyen. He indicated that he was out of state and would notify the United States Marshals Service when he returned to Louisiana. Mr. Nguyen has not contacted the United States Marshals Service and their efforts to contact him since the time of that phone call have been unsuccessful. The last attempt to serve Bao Nguyen was on June 14, 2005.

The United States Marshals Service attempted service on Tien T. Nguyen on April 1, 2005 and left a card, April 20, 2005 and left a notice, and May 3, 2005. All of these attempts were made at an address in Upper Darby, Pennsylvania.

Before the court determines whether it is proper to enter default judgment against the potential claimants in this case, it is hereby

ORDERED that the United States file with the Clerk of the Court an affidavit or declaration containing the following additional information on or before September 14, 2005:

1. A brief statement of reasons as to why the Government identified Tien T. Nguyen as a potential claimant of the Defendant Currency;
2. All steps taken to determine and verify Tien Nguyen's address;
3. All steps taken to contact Tien Nguyen since the United States filed its motion for default, including any steps to engage in service by publication in a newspaper serving Upper Darby, Pennsylvania, or any other location where Tien Nguyen is likely to be found;
4. A brief statement detailing what the United States Marshals conveyed to Bao Nguyen about this case when they spoke to him over the phone;
5. All steps taken to determine any address for Bao Nguyen and to serve him since the United States Marshals Service talked to him by telephone;
6. All steps to engage in service by publication in a newspaper in any location where Bao Nguyen is likely to be found.

At this time, the court holds in abeyance the United States's Application to the Clerk's Office for Entry of Default.

Done this 2nd day of September, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE