IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv225-F |
| | ) | (WO) |
| SEVENTY EIGHT THOUSAND ONE | ) | |
| HUNDRED EIGHTY ($78,180) | ) | |
| DOLLARS IN UNITED STATES | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

This cause is before the court on an Application to the Clerk for Entry of Default (Doc. # 12) filed by the United States on June 30, 2005.

The United States originally filed a Complaint on March 9, 2005 (Doc. # 1) seeking condemnation and forfeiture of $78,180 ("the Defendant Currency") seized during a traffic stop of a car driven by Bao Nguyen on November 3, 2004, because the Defendant Currency allegedly represented proceeds of illegal drug trafficking or was used or intended to be used to violate Title II of the Controlled Substances Act, Title 21, United States Code Sections 801 *et. seq.*

The United States Government has applied to the Clerk's Office to request that default judgment be entered against five potential claimants. Three of these claimants appear to have been served personally, and none of the three filed claims to the Defendant

Currency with this court. The other two potential claimants, Bao Nguyen and Tien T. Nguyen, do not appear to have been served successfully.

On September 2, 2005, this court entered an Order (Doc. # 15) for the United States to file with the Clerk of the Court an affidavit or declaration containing specific additional information regarding the service of Bao Nguyen and Tien T. Nguyen. The United States responded with a declaration and other documentation filed on September 13, 2005 (Doc. # 16).

Before the court determines whether it is proper to enter default judgment against the potential claimants in this case, it is hereby

ORDERED that the United States shall file a Memorandum of Law demonstrating why its attempts to serve each of the parties against whom the United States is seeking entry of default judgment are legally sufficient under the Federal Rules of Civil Procedure. This Memorandum shall be filed on or before January 17, 2006.

The court will hold the United States's Application to the Clerk's Office for Entry of Default in abeyance until after the court has considered the filings to be submitted in compliance with this order.

DONE this 23rd day of December, 2005.

          /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE